IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JUDY HENSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-3070 |
| ) | |
| WEBSTER COUNTY, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendants, by and through their undersigned counsel of record, and hereby stipulate to the dismissal, with prejudice of this lawsuit and, further, that all parties shall bear their own costs and expenses.

Respectfully submitted,

/s/ Brandon C. Potter
Brandon C. Potter
WHITEAKER & WILSON, P.C.
1848 S. Country Hill Lane
P.O. Box 3758
Springfield, MO 65808-3758
(417) 882-7400 / Fax: (417) 882-6101
BCP@wandwlaw.com
*Attorneys for Plaintiff*

/s/ David S. Baker
David S. Baker
FISHER, PATTERSON, SAYLER & SMITH, LLP
9393 W. 110th Street
Bldg. 51, Suite 300
Overland Park, KS 66210
(913) 339-6757 / Fax: (913) 339-6187
dbaker@fisherpatterson.com
*Attorneys for Defendants*

00298796.WPD;1

-1-

Case 6:12-cv-03070-RED   Document 16   Filed 08/29/12   Page 1 of 1